# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-1755

_____

Jeannie Ball

*Plaintiff - Appellant*

v.

St. Louis County

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: December 7, 2012
Filed: December 12, 2012
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Jeannie Ball appeals from the order of the District Court[1] granting summary judgment to St. Louis County in Ball's action under 42 U.S.C. §§ 1981 and

---

[1]The Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties under 28 U.S.C. § 636(c).

1983, where she alleged that the County discriminated against her because of her Native American origin. Upon de novo review of the summary judgment record, we conclude that Ball did not present sufficient evidence that any County employee was guilty of actionable discrimination, so her claims under §§ 1981 and 1983 must fail. See Bediako v. Stein Mart, Inc., 354 F.3d 835, 838–39 (8th Cir. 2004) (standard of review). Accordingly, we affirm.

_____